IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

FILED
MAR 21 2023
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 3:23-CR-036 |
| v. | ) | |
| | ) | |
| STEPHEN ALLEN BOOKER, | ) | 18 U.S.C. §§ 1708 and 2 |
| | ) | Theft of Mail |
| | ) | (Counts One, Two, and Three) |
| Defendant. | ) | |

## INDICTMENT

MARCH 2023 TERM - At Richmond

The Grand Jury charges that:

### COUNT ONE
(Mail Theft)

On or about December 5, 2022, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendant, STEPHEN ALLEN BOOKER, aided and abetted by others known and unknown to the grand jury, did steal, take, abstract, and attempt to so obtain, from and out of any mail, post office, or station thereof, letterbox, mail receptacle, and other authorized depository for mail matter, any letter, postal card, package, bag, or mail, and any article or thing contained therein.

(In violation of Title 18, United States Code, Sections 1708 and 2).

### COUNT TWO
(Mail Theft)

On or about December 12, 2022, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendant, STEPHEN ALLEN BOOKER, aided and abetted by others known and unknown to the grand jury, did steal, take, abstract, and attempt to so obtain, from and out of any mail, post office, or station thereof, letterbox, mail receptacle, and other

authorized depository for mail matter, any letter, postal card, package, bag, or mail, and any article or thing contained therein.

(In violation of Title 18, United States Code, Sections 1708 and 2).

## COUNT THREE
(Mail Theft)

On or about December 19, 2022, in the Eastern District of Virginia and within the jurisdiction of this Court, the defendant, STEPHEN ALLEN BOOKER, aided and abetted by others known and unknown to the grand jury, did steal, take, abstract, and attempt to so obtain, from and out of any mail, post office, or station thereof, letterbox, mail receptacle, and other authorized depository for mail matter, any letter, postal card, package, bag, or mail, and any article or thing contained therein.

(In violation of Title 18, United States Code, Sections 1708 and 2).

## FORFEITURE NOTICE

Pursuant to 32.2 of the Federal Rules of Criminal Procedure, the defendant is hereby notified that upon conviction of any of the offenses charged in Counts One and Two of this Indictment, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from any proceeds traceable to the offense.

If the property subject to forfeiture cannot be located, the United States will seek an order forfeiting substitute assets.

(In accordance with Title 18, United States Code, Section 981(a)(1)(C), as incorporated by Title 28, United States Code, Section 2461 and Title 21, United States Code, Section 853(p).)

A TRUE BILL

_____
FOREPERSON

JESSICA D. ABER
UNITED STATES ATTORNEY

By: *Heather Mansfield*
_____
Heather Hart Mansfield
Assistant United States Attorney

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office